Rob Bonta
Attorney General of California
William C. Kwong
Supervising Deputy Attorney General
Nasstaran Ruhparwar
Deputy Attorney General
State Bar No. 263293
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4435
  Fax:  (415) 703-5843
  E-mail:  Nasstaran.Ruhparwar@doj.ca.gov
*Attorneys for Defendants*
*M. Valdez*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **KEFVON JEROME CAMP,**<br><br>Plaintiff,<br><br>v.<br><br>**R. RODRIGUEZ, et al.,**<br><br>Defendants. | 1:24-cv-04771-RMI<br><br>**DEFENDANT'S NOTICE OF MOTION AND FIRST MOTION TO EXTEND THE DEADLINE TO FILE HIS MAGISTRATE JUDGE JURISDICTION CONSENT OR DECLINATION TO CONSENT FORM**<br><br>Judge:     The Honorable Robert M. Illman<br>Trial Date:   Not set<br>Action Filed: August 6, 2024 |

**TO THE COURT AND PLAINTIFF KEFVON JEROME CAMP, IN PRO SE:**

**PLEASE TAKE NOTICE** that Defendant Valdez (Defendant) respectfully requests a 30-day extension of time up to and including January 23, 2025, to file his magistrate judge jurisdiction consent or declination to consent form based upon the facts and circumstances set forth in the accompanying declaration of Nasstaran Ruhparwar.

Plaintiff filed this action on August 6, 2024.  (ECF No. 1.)  The Court did not authorize him to proceed with litigation until November 18, 2024.  (ECF No. 9.)  Defendant timely filed his waiver of service on December 16, 2024.  (ECF No. 11.)

1

1  The Court ordered Defendant to file his magistrate judge jurisdiction consent or declination to consent form by December 24, 2024. (ECF No. 9, at 4:20-21.) A thirty-day extension of time will set the revised deadline as January 23, 2025. As set forth in the accompanying declaration of Nasstaran Ruhparwar, this extension request is based on the additional time needed to obtain Defendant's prospective authorization to consent to Magistrate Judge Illman as well as the upcoming Christmas and New Year holidays,

Dated: December 23, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General


*/s/ Nasstaran Ruhparwar*
NASSTARAN RUHPARWAR
Deputy Attorney General
*Attorneys for Defendant M. Valdez*

SF2024402768
44444882.docx

# CERTIFICATE OF SERVICE

Case Name:  *Kefvon J. Camp (BC7449) v. R. Rodriguez, et al.*   No.  **1:24-cv-04771-RMI**

I hereby certify that on December 23, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANT'S NOTICE OF MOTION AND FIRST MOTION TO EXTEND THE DEADLINE TO FILE HIS MAGISTRATE JUDGE JURISDICTION CONSENT OR DECLINATION TO CONSENT FORM**

- **DECLARATION OF NASSTARAN RUHPARWAR IN SUPPORT OF**

- **[PROPOSED] ORDER GRANTING DEFENDANT'S FIRST MOTION TO EXTEND THE DEADLINE TO FILE HIS MAGISTRATE JUDGE JURISDICTION CONSENT OR DECLINATION TO CONSENT FORM**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On December 23, 2024, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Kefvon Jerome Camp, BC7449**
**California State Prison - Corcoran**
**P.O. Box 3476**
**Corcoran, CA  93212**

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 23, 2024, at San Francisco, California.

|  H. Su  |  */s/ H. Su*  |
| :---: | :---: |
| Declarant | Signature |

SF2024402768
44449580.docx