| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | WILLIAM C. KWONG<br>Supervising Deputy Attorney General |
| 3 | NASSTARAN RUHPARWAR<br>Deputy Attorney General |
| 4 | State Bar No. 263293<br> 455 Golden Gate Avenue, Suite 11000 |
| 5 |  San Francisco, CA  94102-7004<br> Telephone:  (415) 510-4435 |
| 6 |  Fax:  (415) 703-5843<br> E-mail:  Nasstaran.Ruhparwar@doj.ca.gov |
| 7 | *Attorneys for Defendant M. Valdez* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **KEFVON JEROME CAMP,**<br><br>                                    Plaintiff,<br><br>        v.<br><br>**R. RODRIGUEZ, et al.,**<br><br>                                    Defendants. | 1:24-cv-04771-RMI<br><br>**DECLARATION OF NASSTARAN RUHPARWAR IN SUPPORT OF**<br><br>Judge:         The Honorable Robert M. Illman<br>Trial Date:   Not set<br>Action Filed: August 6, 2024 |

I, Nasstaran Ruhparwar, declare:

1. I am a Deputy Attorney General in the California Attorney General's Office, co-counsel of record for Defendant Valdez. I am competent to testify to the matters set forth in this declaration and, if called upon by this Court, would do so. I submit this declaration in support of Defendant's first motion to extend the deadline to file Defendant's magistrate judge jurisdiction consent or declination to consent form.

2. I was assigned to this case on December 4, 2024.

3. I received Defendant's request for representation on December 13, 2024.

4. On December 16, 2024, timely filed Defendant's waiver of service. (ECF No. 11.)

1

5. On December 18, 2024, a paralegal in my office reached out to Defendant to obtain his prospective authorization to consent to a Magistrate Judge's jurisdiction.

6. In light of the upcoming Christmas and New Years holidays, I anticipate Defendant to respond after December 24, 2024.

7. I presume that the requested 30 days until January 23, 2025, should provide sufficient time to obtain Defendant's prospective authorization to consent to Magistrate Judge Illman.

8. The request to extend the aforementioned deadline will not prejudice Plaintiff.

9. The requested extension of time will not impact the schedule for the case since it will not affect the other deadlines set by the Court.

10. This request is not made for any purpose of harassment, undue delay, or any improper reason.

11. I have not attempted to contact Plaintiff for a stipulated request to extend time because he is a *pro se* state prisoner who is not readily available by telephone. Further, because Plaintiff is a prisoner, it is difficult to deliver this motion on the same day it is filed. Thus, I am serving this Motion by the most reasonably expedient means available, first class mail.

I declare under penalty of perjury that I have read this document, and its contents are true and correct to the best of my knowledge.

Executed on this 23th day of December 2024.

/s/ *Nasstaran Ruhparwar*
NASSTARAN RUHPARWAR

SF2024402768
44445048.docx

2

Ruhparwar Decl. ISO Def.'s 1st Mot. for EOT to file MJ Jx. form (1:24-cv-04771-RMI)