IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEFVON JEROME CAMP,**<br><br>Plaintiff,<br><br>v.<br><br>**R. RODRIGUEZ, et al.,**<br><br>Defendants. | Case No. 1:24-cv-04771-RMI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S FIRST MOTION TO EXTEND THE DEADLINE TO FILE HIS MAGISTRATE JUDGE JURISDICTION CONSENT OR DECLINATION TO CONSENT FORM** |

Defendant Valdez moved for a 30-day extension of time to file his magistrate judge jurisdiction consent or declination to consent form.

Good cause appearing, the Court **GRANTS** the motion. Defendant shall file his magistrate judge jurisdiction consent or declination to consent form no later than January 23, 2025.

**IT IS SO ORDERED**.

Dated: _____          _____
                                          The Honorable Robert M. Illman

1

[Proposed] Order re. Def.'s 1st Mot. for EOT to file MJ Jx. form (1:24-cv-04771-RMI)