Rob Bonta
Attorney General of California
William C. Kwong
Supervising Deputy Attorney General
Nasstaran Ruhparwar
Deputy Attorney General
State Bar No. 263293
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4435
  Fax:  (415) 703-5843
  E-mail:  Nasstaran.Ruhparwar@doj.ca.gov
*Attorneys for Defendant M. Valdez*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **KEFVON JEROME CAMP,**<br><br>Plaintiff,<br><br>v.<br><br>**R. RODRIGUEZ, et al.,**<br><br>Defendants. | 1:24-cv-04771-RMI<br><br>**DEFENDANT'S NOTICE OF MOTION AND FIRST MOTION TO EXTEND THE DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION**<br><br>Judge:    The Honorable Robert M. Illman<br>Trial Date:   Not set<br>Action Filed: August 6, 2024 |

**TO THE COURT AND PLAINTIFF KEFVON JEROME CAMP, IN PRO SE:**

**PLEASE TAKE NOTICE** that Defendant Valdez (Defendant) respectfully requests a 90-day extension of time up to and including April 17, 2025, to file a motion for summary judgment or other dispositive motion based upon the facts and circumstances set forth in the accompanying declaration of Nasstaran Ruhparwar.

Plaintiff filed this action on August 6, 2024.  (ECF No. 1.)  The Court did not authorize him to proceed with litigation until November 18, 2024.  (ECF No. 9.)  Defendant timely filed his waiver of service on December 16, 2024.  (ECF No. 11.)  His responsive pleading is due on January 27, 2025.

1

1  The Court ordered Defendant to file to file a motion for summary judgment or other
2  dispositive motion by January 17, 2025. (ECF No. 9, at 2-3.) A ninety-day extension of time
3  will set the revised deadline as April 17, 2025.

4  As set forth in the accompanying declaration of Nasstaran Ruhparwar, this extension
5  request is based on the additional time needed to investigate Plaintiff's claims, perform discovery,
6  marshal all evidence to support the defense in this case.

Dated: January 13, 2025                               Respectfully submitted,

ROB BONTA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General


*/s/ Nasstaran Ruhparwar*
NASSTARAN RUHPARWAR
Deputy Attorney General
*Attorneys for Defendant M. Valdez*

SF2024402768
44468508.docx

2

Defs.' 1st Mot. for EOT to File MSJ or Other Disp. Mot. (1:24-cv-04771-RMI)

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | *Kefvon J. Camp (BC7449) v. R. Rodriguez, et al.* | No. | **1:24-cv-04771-RMI** |

I hereby certify that on January 13, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANT'S NOTICE OF MOTION AND FIRST MOTION TO EXTEND THE DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION**

- **DECLARATION OF NASSTARAN RUHPARWAR IN SUPPORT OF DEFENDANT'S FIRST MOTION TO EXTEND THE DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION**

- **[PROPOSED] ORDER GRANTING DEFENDANT'S FIRST MOTION TO EXTEND THE DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On January 13, 2025, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Kefvon Jerome Camp, BC7449**
**California State Prison - Corcoran**
**P.O. Box 3476**
**Corcoran, CA  93212**

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 13, 2025, at San Francisco, California.

| H. Su | */s/ H. Su* |
|---|---|
| Declarant | Signature |

SF2024402768
44470331.docx