Rob Bonta
Attorney General of California
William C. Kwong
Supervising Deputy Attorney General
Nasstaran Ruhparwar
Deputy Attorney General
State Bar No. 263293
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-4435
 Fax:  (415) 703-5843
 E-mail:  Nasstaran.Ruhparwar@doj.ca.gov
*Attorneys for Defendant M. Valdez*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **KEFVON JEROME CAMP,**<br><br>Plaintiff,<br><br>v.<br><br>**R. RODRIGUEZ, et al.,**<br><br>Defendants. | 1:24-cv-04771-RMI<br><br>**DECLARATION OF NASSTARAN RUHPARWAR IN SUPPORT OF DEFENDANT'S FIRST MOTION TO EXTEND THE DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION**<br><br>Judge:      The Honorable Robert M. Illman<br>Trial Date:   Not set<br>Action Filed: August 6, 2024 |

I, Nasstaran Ruhparwar, declare:

1.     I am a Deputy Attorney General in the California Attorney General's Office, counsel for Defendants.  I am competent to testify to the matters set forth in this declaration and, if called upon by this Court, would do so.  I submit this declaration in support of Defendant Valdez's (Defendant) first motion to extend the deadline to file a motion for summary judgment or other dispositive motion.

2.     Plaintiff filed this action on August 6, 2024 (ECF No. 1), but the Court did not authorize him to proceed with litigation until November 18, 2024 (ECF No. 9).

1

1  3. The Court found that Plaintiff stated a claim against Defendant for violation of
Plaintiff's due process rights.  (*See id.*)

  4. I was assigned to this case on December 4, 2024.

  5. The case is in its early stages.  Defendant timely filed his waiver of service and waiver of reply on July 16, 2024 and July 17, 2024, respectively.  (ECF Nos. 14 and 15.)

  6. Defendant's responsive pleading is due on January 27, 2025.

  7. As set forth below, Defendants' request to extend the deadline to file their summary-judgment motion or other dispositive motion is based on the additional time needed to investigate Plaintiff's claims, perform discovery, and marshal all evidence to support the defense in this case

  8. Last week, I received Plaintiff's prison records (*i.e.,* non-confidential and confidential records from the Electronic Records Management System and Strategic Offender Management System, consisting of approximately 1,600 pages).

  9. I am still waiting for Plaintiff's medical and mental health records as well as Plaintiff's grievance records.

  10. After I have received and reviewed the foregoing records, I will discuss Plaintiff's claim with Defendant.

  11. Thereafter, I may need to serve written discovery requests on Plaintiff.

  12. I will also take Plaintiff's deposition.

  13. If Plaintiff identifies any witnesses, I may need to depose the witnesses, too.

  14. I anticipate that the requested extension should provide sufficient time to complete the tasks set forth in paragraphs 8-12 and to prepare Defendant's summary-judgment motion.

  15. The request to extend the deadline for Defendants' summary-judgment motion will not prejudice Plaintiff.

  16. The requested extension of time will have minimal impact on the schedule for the case.

  17. This request is not made for any purpose of harassment, undue delay, or any improper reason.

//

2

Ruhparwar Decl. ISO Defs.' 1st Mot. for EOT to File MSJ or Other Disp. Mot. (1:24-cv-04771-RMI)

18. I have not attempted to contact Plaintiff for a stipulated request to extend time because he is a *pro se* state prisoner who is not readily available by phone.

19. Further, because Plaintiff is a prisoner, it is difficult to deliver this motion on the same day it is filed. Thus, I am serving this motion by the most reasonably expedient means available, first-class mail.

I declare under penalty of perjury that I have read this document, and its contents are true and correct to the best of my knowledge.

Executed on this 13th day of January 2025 in San Francisco, California.

*/s/ Nasstaran Ruhparwar*
Nasstaran Ruhparwar

SF2024402768
44468659.docx

3

Ruhparwar Decl. ISO Defs.' 1st Mot. for EOT to File MSJ or Other Disp. Mot. (1:24-cv-04771-RMI)