IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEFVON JEROME CAMP,**<br><br>Plaintiff,<br><br>v.<br><br>**R. RODRIGUEZ, et al.,**<br><br>Defendants. | Case No. 1:24-cv-04771-RMI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S FIRST MOTION TO EXTEND THE DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION** |

   Defendants Valdez (Defendant) filed a request to extend the deadline by which to file and serve his motion for summary judgment or other dispositive motion by 90 days.

   The Court has read and considered the request and counsel's accompanying declaration and finds that good cause exists to grant the request.

//

//

//

//

//

//

//

1

1  **IT IS HEREBY ORDERED** that Defendant's request for an extension of time is
2  **GRANTED**, and that Defendant's time to file and serve his motion for summary judgment or
3  other dispositive is extended to April 17, 2025.  Plaintiff's opposition shall be filed within thirty
4  days after Defendants' summary-judgment motion is filed. Defendants' reply shall be filed within
5  fifteen days after the opposition is filed.
6
7
8  Dated: _____         _____
                                                                                    The Honorable Robert M. Illman

2

[Proposed] Order re Defs.' 1st Mot. for EOT to File MSJ or Other Disp. Mot. (1:24-cv-04771-RMI)