Rob Bonta
Attorney General of California
William C. Kwong
Supervising Deputy Attorney General
Nasstaran Ruhparwar
Deputy Attorney General
State Bar No. 263293
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-4435
 Fax:  (415) 703-5843
 E-mail:  Nasstaran.Ruhparwar@doj.ca.gov
*Attorneys for Defendant M. Valdez*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **KEFVON JEROME CAMP,**<br><br>                                    Plaintiff,<br><br>       v.<br><br>**R. RODRIGUEZ, et al.,**<br><br>                                    Defendants. | 1:24-cv-04771-RMI<br><br>**DEFENDANT'S WAIVER OF REPLY UNDER 42 U.S.C. § 1997e(g); DEMAND FOR JURY TRIAL**<br><br>Judge:         The Honorable Robert M. Illman<br>Trial Date:   Not set<br>Action Filed: August 6, 2024 |

**TO PLAINTIFF KEFVON JEROME CAMP IN PRO SE:**

**PLEASE TAKE NOTICE** that Defendant M. Valdez (Defendant) waives his right to reply to Plaintiff's first amended complaint under 42 U.S.C. § 1997e(g).  Additionally, Defendant demands a trial by jury in this action.

**I.     BACKGROUND**

Plaintiff Kefvon Jerome Camp (CDCR No. BC7449) is a state prison inmate incarcerated at the California State Prison, Corcoran.  Plaintiff filed his original complaint on August 6, 2024, in the United States District Court for the Northern District of California (ECF No. 1) and a first amended complaint on October 10, 2024 (ECF No. 8).

On November 18, 2024, the Court issued its Order of Service and concluded that, liberally construed, Plaintiff stated a cognizable claim against Defendant under 42 U.S.C. § 1983 for violation of Plaintiff's Due Process rights in the disciplinary hearing.  (*See* ECF No. 9, at 3:12-28.)

## II. DEFENDANT WAIVES HIS RIGHT TO REPLY TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Under 42 U.S.C. § 1997e(g)(1), "[a]ny defendant may waive the right to reply to any action brought by a prisoner confined in any jail, prison, or other correctional facility under . . . Federal law."  Further, "[n]otwithstanding any other law or rule of procedure, such a waiver shall not constitute an admission of the allegations contained in the complaint.  No relief shall be granted to the plaintiff unless a reply has been filed."  42 U.S.C. § 1997e(g)(1).  However, "the court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits."  42 U.S.C. § 1997e(g)(2).

To date, this Court has not ordered Defendant to file an answer in this matter.

## III. DEFENDANT DEMANDS A TRIAL BY JURY

Under Federal Rule of Civil Procedure 38(b) and Local Rule 3-6, Defendant demands a trial by jury in this action.

Dated:  January 27, 2025                    Respectfully submitted,

ROB BONTA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General


*/s/ Nasstaran Ruhparwar*
NASSTARAN RUHPARWAR
Deputy Attorney General
*Attorneys for Defendant M. Valdez*

SF2024402768
44485965.docx

# CERTIFICATE OF SERVICE

| Case Name: | **_Kefvon J. Camp (BC7449) v. R. Rodriguez, et al._** | No. | **1:24-cv-04771-RMI** |
|---|---|---|---|

I hereby certify that on <u>January 27, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S WAIVER OF REPLY UNDER 42 U.S.C. § 1997e(g); DEMAND FOR JURY TRIAL**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>January 27, 2025</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Kefvon Jerome Camp, BC7449**
**California State Prison - Corcoran**
**P.O. Box 3476**
**Corcoran, CA  93212**
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 27, 2025</u>, at San Francisco, California.

| H. Su | */s/ H. Su* |
|---|---|
| Declarant | Signature |

SF2024402768
44486261.docx