1  ROB BONTA
   Attorney General of California
2  WILLIAM C. KWONG
   Supervising Deputy Attorney General
3  NASSTARAN RUHPARWAR, State Bar No. 263293
   M. MAKIKO O'BRYAN, State Bar No. 356803
4  Deputy Attorneys General
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-4435
6    Fax:  (415) 703-5843
     E-mail:  Nasstaran.Ruhparwar@doj.ca.gov
7  *Attorneys for Defendant M. Valdez*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **KEFVON JEROME CAMP,**<br><br>Plaintiff,<br><br>v.<br><br>**R. RODRIGUEZ, et al.,**<br><br>Defendants. | 1:24-cv-04771-RMI<br><br>**DEFENDANT'S NOTICE OF MOTION AND SECOND MOTION TO EXTEND THE DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION**<br><br>Judge:      The Honorable Robert M. Illman<br>Trial Date:  Not set<br>Action Filed: August 6, 2024 |

**TO THE COURT AND PLAINTIFF KEFVON JEROME CAMP, IN PRO SE:**

**PLEASE TAKE NOTICE** that Defendant Valdez (Defendant) respectfully requests a 46-day extension of time up to and including June 2, 2025, to file a motion for summary judgment or other dispositive motion based upon the facts and circumstances set forth in the accompanying declaration of Nasstaran Ruhparwar.

Plaintiff filed this action on August 6, 2024.  (ECF No. 1.)  The Court did not authorize him to proceed with litigation until November 18, 2024.  (ECF No. 9.)  Defendant timely filed his waiver of service on December 16, 2024, and his waiver of reply on January 27, 2025.  (ECF Nos. 11, 15.)

1

Defs.' 2nd Mot. for EOT to File MSJ or Other Disp. Mot. (1:24-cv-04771-RMI)


1  The Court ordered Defendant to file to file a motion for summary judgment or other
2  dispositive motion by January 17, 2025. (ECF No. 9, at 2-3.) On February 10, 2025, per
3  Defendant's request, the Court extended the deadline to April 17, 2025. (ECF No. 16.) A 46-day
4  extension of time will set the revised deadline June 2, 2025.

5  As set forth in the accompanying declaration of Nasstaran Ruhparwar, this extension
6  request is based on the additional time needed to depose Plaintiff on May 8, 2025, and marshal
7  any additional evidence to support the defense in this case.

8  Dated: April 15, 2025                                  Respectfully submitted,

9                                                         ROB BONTA
                                                          Attorney General of California
10                                                        WILLIAM C. KWONG
                                                          Supervising Deputy Attorney General
11                                                        M. MAKIKO O'BRYAN
                                                          Deputy Attorney General
12

13

14                                                        */s/ Nasstaran Ruhparwar*
                                                          NASSTARAN RUHPARWAR
                                                          Deputy Attorney General
15                                                        *Attorneys for Defendant M. Valdez*

16  SF2024402768
    44587637.docx
17

2

Defs.' 2nd Mot. for EOT to File MSJ or Other Disp. Mot. (1:24-cv-04771-RMI)

# CERTIFICATE OF SERVICE

Case Name:  *Kefvon J. Camp (BC7449) v. R. Rodriguez, et al.*    No.  **1:24-cv-04771-RMI**

I hereby certify that on April 15, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANT'S NOTICE OF MOTION AND SECOND MOTION TO EXTEND THE DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION**
- **DECLARATION OF NASSTARAN RUHPARWAR IN SUPPORT OF DEFENDANT'S SECOND MOTION TO EXTEND THE DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION**
- **[PROPOSED] ORDER GRANTING DEFENDANT'S SECOND MOTION TO EXTEND THE DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On April 15, 2025, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Kefvon Jerome Camp, BC7449**
**California State Prison - Corcoran**
**P.O. Box 3476**
**Corcoran, CA  93212**
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on April 15, 2025, at San Francisco, California.

|  H. Su  |  */s/ H. Su*  |
|---|---|
| Declarant | Signature |

SF2024402768
44589785.docx