1  ROB BONTA
   Attorney General of California
2  WILLIAM C. KWONG
   Supervising Deputy Attorney General
3  NASSTARAN RUHPARWAR, State Bar No. 263293
   M. MAKIKO O'BRYAN, State Bar No. 356803
4  Deputy Attorneys General
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-4435
6    Fax:  (415) 703-5843
     E-mail:  Nasstaran.Ruhparwar@doj.ca.gov
7  *Attorneys for Defendant M. Valdez*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **KEFVON JEROME CAMP,**<br><br>                                       Plaintiff,<br><br>             v.<br><br>**R. RODRIGUEZ, et al.,**<br><br>                                       Defendants. | 1:24-cv-04771-RMI<br><br>**DECLARATION OF NASSTARAN RUHPARWAR IN SUPPORT OF DEFENDANT'S SECOND MOTION TO EXTEND THE DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION**<br><br>Judge:        The Honorable Robert M. Illman<br>Trial Date:  Not set<br>Action Filed: August 6, 2024 |

I, Nasstaran Ruhparwar, declare:

1. I am a Deputy Attorney General in the California Attorney General's Office, counsel for Defendants. I am competent to testify to the matters set forth in this declaration and, if called upon by this Court, would do so. I submit this declaration in support of Defendant Valdez's (Defendant) second motion to extend the deadline to file a motion for summary judgment or other dispositive motion.

2. Plaintiff filed this action on August 6, 2024 (ECF No. 1), but the Court did not authorize him to proceed with litigation until November 18, 2024 (ECF No. 9).

1

3.      The Court found that Plaintiff stated a claim against Defendant for violation of Plaintiff's due process rights.  (*See id.*)

4.      I was assigned to this case on December 4, 2024.

5.      Defendant timely filed his waiver of service on December 16, 2024, and his waiver of reply on January 27, 2025.  (ECF Nos. 11, 15.)

6.      The Court ordered Defendant to file to file a motion for summary judgment or other dispositive motion by January 17, 2025.  (ECF No. 9*, at 2-3.)  On February 10, 2025, per Defendant's request, the Court extended the deadline to April 17, 2025.  (ECF No. 16.)

7.      As set forth below, Defendant's request to extend the deadline to file their summary-judgment motion or other dispositive motion is based on the additional time needed to depose Plaintiff on May 8, 2025, and marshal any additional evidence to support the defense in this case.

8.      To date, I have reviewed Plaintiff's prison records (*i.e.,* non-confidential and confidential records from the Electronic Records Management System and Strategic Offender Management System as well as Plaintiff's grievance records, consisting of approximately 1,600 pages).

9.      My colleague Deputy Attorney General O'Bryan spoke with Defendant on April 11, 2025.  During the call, I identified several pieces of evidence I need to obtain from Salinas Valley State Prison (Salinas Valley) to support Defendant's summary-judgment motion.  I plan to contact Salinas Valley about it next week.

10.     In addition, I noticed Plaintiff's deposition for May 8, 2025 and plan to attend the deposition with Deputy Attorney General O'Bryan.

11.     I am in the process of reviewing Plaintiff's medical and mental health records (consisting of approximately 6,200 pages).

12.     Since February 2025, I had to complete the following work to meet deadlines in other cases, including, but not limited to:

March 12, 2025: Prepare and file Defendant's summary-judgment motion in *(PC) Rood v. Secretary, et al.* (case no. 1:22-cv-00449-SAB) (E.D. Cal.), including correspondence with declarants for same;

2

|   |   |
|---|---|
| 1 | March 19, 2025: Prepare and send Defendant's confidential settlement conference |
| 2 | statement to Magistrate Judge Illman in *Israel v. Tomlinson, et al.* (case no. 3:24-cv-03718-JD) |
| 3 | (N.D. Cal.) and call with Defendant beforehand discuss case; |
| 4 | March 19, 2025: Attend all day conference for Deaf Law Day 2025, hosted by Deaf |
| 5 | Equality and Deaf and Hard of Hearing Bar Association; |
| 6 | March 28, 2025: Prepare and file Defendant's summary-judgment motion in *Yaski* |
| 7 | *Romero v. O. Marciano, et al.* (case no. 5:23-cv-00577-VBF-SSC) (E.D. Cal.), including various |
| 8 | calls with Defendant and declarants for same; |
| 9 | April 3, 2025, and April 4, 2025, respectively: Prepare, assist with outlines for and |
| 10 | attend Plaintiff's depositions in *Jermaine Hendrix v. David Holbrook, et al.* (case no. 5:24-cv- |
| 11 | 01543-SSC) (C.D. Cal.) taken on; |
| 12 | Assist with outline for Plaintiff's depositions and *Joshua Calderon v. David* |
| 13 | *Holbrook. et al.* (case no. 5:24-cv-01780-VBF-SSC) (C.D. Cal.) taken on April 3, 2024; |
| 14 | April 2, 2025 and April 11, 2025, respectively:  Prepare for and attend settlement |
| 15 | conference with Judge Illman on April 2, 2025, and confer with the Office of Legal Affairs of the |
| 16 | California Department of Corrections and Rehabilitation five other Deputy Attorney Generals in |
| 17 | cases filed by Plaintiff Israel about the viability of a global settlement conference in *Israel v.* |
| 18 | *Tomlison, et al.* (N.D. Cal.) (case no. 3:24-cv-03718-JD) and email Judge Illman's Courtroom |
| 19 | deputy about same; |
| 20 | April 8, 2025: Attend status conference in *(PC) Robertson v. Garcia* (case no. 1:17- |
| 21 | cv-01022-KES-BAM) (E.D. Cal.); and |
| 22 | April 14, 2025, and April 15, 2025, respectively:  Assist with preparation of outline |
| 23 | and attend Plaintiff's depositions in *Lopez v. Lee, et al.* (N.D. Cal.) (case no. 4:23-cv-03660- |
| 24 | HSG). |
| 25 | 13. Between now and June 2, 2025, I have to work on various deadlines in this and other |
| 26 | cases, including but not limited to: |
| 27 | April 22, 2025: File Defendants' opposition to Plaintiff's motion to compel, seeking |
| 28 | to compel supplemental responses to approximately 400 discovery requests; |

3

Ruhparwar Decl. ISO Defs.' 2nd Mot. for EOT to File MSJ or Other Disp. Mot. (1:24-cv-04771-RMI)

May 2, 2025: Defendant's expert disclosures in *(PC) Robertson v. Garcia* (E.D. Cal.) (case no. 1:17-cv-01022-KES-BAM (PC));

May 2, 2025: Defendant's reply in support of his summary judgment-motion in in *Romero v. O. Marciano, et al.* (case no. 5:23-cv-00577-VBF-SSC) (E.D. Cal.); and

Date to be determined: depose Plaintiff in *Israel v. Tomlison, et al.* (N.D. Cal.) (case no. 3:24-cv-03718-JD).

14. I anticipate that the requested extension should provide sufficient time to complete the tasks set forth in paragraphs 9-11 and to prepare Defendant's summary-judgment motion.

15. The request to extend the deadline for Defendants' summary-judgment motion will not prejudice Plaintiff.

16. The requested extension of time will have minimal impact on the schedule for the case.

17. This request is not made for any purpose of harassment, undue delay, or any improper reason.

18. I have not attempted to contact Plaintiff for a stipulated request to extend time because he is a *pro se* state prisoner who is not readily available by phone.

19. Further, because Plaintiff is a prisoner, it is difficult to deliver this motion on the same day it is filed. Thus, I am serving this motion by the most reasonably expedient means available, first-class mail.

I declare under penalty of perjury that I have read this document, and its contents are true and correct to the best of my knowledge.

Executed on this 15th day of April 2025 in San Francisco, California.

*/s/ Nasstaran Ruhparwar*
Nasstaran Ruhparwar

SF2024402768
44589725.docx

4

Ruhparwar Decl. ISO Defs.' 2nd Mot. for EOT to File MSJ or Other Disp. Mot. (1:24-cv-04771-RMI)