Rob Bonta
Attorney General of California
William C. Kwong
Supervising Deputy Attorney General
Nasstaran Ruhparwar, State Bar No. 263293
M. Makiko O'Bryan, State Bar No. 356803
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4435
  Fax:  (415) 703-5843
  E-mail:  Nasstaran.Ruhparwar@doj.ca.gov
*Attorneys for Defendant*
*M. Valdez*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **KEFVON JEROME CAMP,**<br><br>                                        Plaintiff,<br><br>     v.<br><br>**R. RODRIGUEZ, et al.,**<br><br>                                        Defendants. | 1:24-cv-04771-RMI<br><br>**DEFENDANT'S NOTICE OF MOTION AND THIRD MOTION TO EXTEND THE DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION**<br><br>Judge:         The Honorable Robert M. Illman<br>Trial Date:   Not set<br>Action Filed: August 6, 2024 |

**TO THE COURT AND PLAINTIFF KEFVON JEROME CAMP, IN PRO SE:**

**PLEASE TAKE NOTICE** that Defendant Valdez (Defendant) respectfully requests a 90-day extension of time up to and including August 1, 2025, to file a motion for summary judgment or other dispositive motion based upon the facts and circumstances set forth in the accompanying declaration of Nasstaran Ruhparwar.

Plaintiff filed this action on August 6, 2024.  (ECF No. 1.)  The Court did not authorize him to proceed with litigation until November 18, 2024.  (ECF No. 9.)  Defendant timely filed his waiver of service on December 16, 2024, and his waiver of reply on January 27, 2025.  (ECF Nos. 11, 15.)

1

Defs.' Third Mot. for EOT to File MSJ or Other Disp. Mot. (1:24-cv-04771-RMI)

1     The Court ordered Defendant to file to file a motion for summary judgment or other dispositive motion by January 17, 2025.  (ECF No. 9, at 2-3.)  On February 10, 2025, per Defendant's request, the Court extended the deadline to April 17, 2025.  (ECF No. 16.)  On February 10, 2025, per Defendant's request, the Court extended the deadline to June 2, 2025.  (ECF No. 21.)  A 90-day extension of time will set the revised deadline August 1, 2025.

    As set forth in the accompanying declaration of Nasstaran Ruhparwar, this extension request is based on the additional time needed to obtain potentially relevant documents from Plaintiff.  Defense counsel expects to receive the documents from Plaintiff by the end of June 2025.  Depending on their content, defense counsel might need to discuss the documents with Defendant and investigate Plaintiff's claim further.

Dated:  May 28, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
M. MAKIKO O'BRYAN
Deputy Attorney General


*/s/ Nasstaran Ruhparwar*
NASSTARAN RUHPARWAR
Deputy Attorney General
*Attorneys for Defendant M. Valdez*

SF2024402768
44641500.docx

2

Defs.' Third Mot. for EOT to File MSJ or Other Disp. Mot. (1:24-cv-04771-RMI)

# CERTIFICATE OF SERVICE

Case Name: *Kefvon J. Camp (BC7449) v. R. Rodriguez, et al.*    No.   **1:24-cv-04771-RMI**

I hereby certify that on May 28, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANT'S NOTICE OF MOTION AND THIRD MOTION TO EXTEND THE DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION**

- **DECLARATION OF NASSTARAN RUHPARWAR IN SUPPORT OF DEFENDANT'S THIRD MOTION TO EXTEND THE DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION (with Exhibits A-B)**

- **[PROPOSED] ORDER GRANTING DEFENDANT'S THIRD MOTION TO EXTEND THE DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On May 28, 2025, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Kefvon Jerome Camp, BC7449**
**California State Prison - Corcoran**
**P.O. Box 3476**
**Corcoran, CA  93212**

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 28, 2025, at San Francisco, California.

|  |  |
|---|---|
| H. Su | /s/ H. Su |
| Declarant | Signature |

SF2024402768
44641673.docx