| | |
|---|---|
| 1 | ROB BONTA |
|   | Attorney General of California |
| 2 | WILLIAM C. KWONG |
|   | Supervising Deputy Attorney General |
| 3 | NASSTARAN RUHPARWAR, State Bar No. 263293 |
|   | M. MAKIKO O'BRYAN, State Bar No. 356803 |
| 4 | Deputy Attorneys General |
|   |   455 Golden Gate Avenue, Suite 11000 |
| 5 |   San Francisco, CA  94102-7004 |
|   |   Telephone:  (415) 510-4435 |
| 6 |   Fax:  (415) 703-5843 |
|   |   E-mail:  Nasstaran.Ruhparwar@doj.ca.gov |
| 7 | *Attorneys for Defendant M. Valdez* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **KEFVON JEROME CAMP,** | 1:24-cv-04771-RMI |
| Plaintiff, | **DECLARATION OF NASSTARAN RUHPARWAR IN SUPPORT OF DEFENDANT'S THIRD MOTION TO EXTEND THE DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION** |
| v. | |
| **R. RODRIGUEZ, et al.,** | |
| Defendants. | Judge:       The Honorable Robert M. Illman |
| | Trial Date:  Not set |
| | Action Filed: August 6, 2024 |

I, Nasstaran Ruhparwar, declare:

1. I am a Deputy Attorney General in the California Attorney General's Office, counsel for Defendants. I am competent to testify to the matters set forth in this declaration and, if called upon by this Court, would do so. I submit this declaration in support of Defendant Valdez's (Defendant) third motion to extend the deadline to file a motion for summary judgment or other dispositive motion.

2. Plaintiff filed this action on August 6, 2024 (ECF No. 1), but the Court did not authorize him to proceed with litigation until November 18, 2024 (ECF No. 9).

1

Ruhparwar Decl. ISO Defs.' Third Mot. for EOT to File MSJ or Other Disp. Mot. (1:24-cv-04771-RMI)

1  3.  The Court found that Plaintiff stated a claim against Defendant for violation of Plaintiff's due process rights.  (*See id.*)

4.  I was assigned to this case on December 4, 2024.

5.  Defendant timely filed his waiver of service on December 16, 2024, and his waiver of reply on January 27, 2025.  (ECF Nos. 11, 15.)

6.  The Court ordered Defendant to file to file a motion for summary judgment or other dispositive motion by January 17, 2025.  (ECF No. 9*, at 2-3.)  On February 10, 2025, per Defendant's request, the Court extended the deadline to April 17, 2025.  (ECF No. 16.)  On February 10, 2025, per Defendant's request, the Court extended the deadline to June 2, 2025.  (ECF No. 21.)

7.  Since then, defense counsel has been diligently working on this case.

8.  On April 11, my colleague Deputy Attorney General O'Bryan and I spoke with Defendant to discuss Plaintiff's claim and begin preparing his declaration in support of his summary judgment motion.

9.  We also agreed to speak again on May 20 and May 27, respectively, to finalize his declaration.

10.  In addition, my colleague Deputy Attorney General O'Bryan and I deposed Plaintiff on May 8.  During the deposition, Plaintiff identified three potentially relevant documents they purportedly support his claim against Defendant.

11.  Plaintiff did not have the records readily available.  Therefore, Deputy Attorney General O'Bryan told Plaintiff that Defendant would serve document requests to obtain copies of the Plaintiff's documents.

12.  Attached as **Exhibit A** are true and correct excerpts from Plaintiff's deposition pertaining to Plaintiff's testimony referenced in paragraphs 10-11.

13.  I received the transcript of Plaintiff's deposition on Thursday, May 15.

14.  On Monday, May 19, I served Defendant's document requests on Plaintiff.  Attached as **Exhibit B** is a true and correct copy of Defendant's said document requests.

2

Ruhparwar Decl. ISO Defs.' Third Mot. for EOT to File MSJ or Other Disp. Mot. (1:24-cv-04771-RMI)

15. I expect to receive the documents from Plaintiff by the end of June 2025. Depending on their content, defense counsel might need to discuss the documents with Defendant and investigate Plaintiff's claim further.

16. Because I will not receive until the end of June, we rescheduled our remote meetings with Defendant from May 20 and May 27, respectively, to July 1 and July 2, respectively.

17. The requested extension of time will set the revised deadline August 1, 2025.

18. I anticipate that the requested extension should provide sufficient time to complete the tasks set forth in paragraphs 15-16 and to prepare Defendant's summary-judgment motion.

19. If feasible, I will endeavor to file Defendant's summary-judgment before August 1.

20. The request to extend the deadline for Defendants' summary-judgment motion will not prejudice Plaintiff.

21. The requested extension of time will have minimal impact on the schedule for the case as no other deadlines have been set by the Court.

22. This request is not made for any purpose of harassment, undue delay, or any improper reason.

23. I have not attempted to contact Plaintiff for a stipulated request to extend time because he is a *pro se* state prisoner who is not readily available by phone.

24. Further, because Plaintiff is a prisoner, it is difficult to deliver this motion on the same day it is filed. Thus, I am serving this motion by the most reasonably expedient means available, first-class mail.

I declare under penalty of perjury that I have read this document, and its contents are true and correct to the best of my knowledge.

Executed on this 28th day of May 2025 in San Francisco, California.

*/s/ Nasstaran Ruhparwar*
Nasstaran Ruhparwar

SF2024402768
44641502.docx

3

Ruhparwar Decl. ISO Defs.' Third Mot. for EOT to File MSJ or Other Disp. Mot. (1:24-cv-04771-RMI)