1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12   **KEFVON JEROME CAMP,**                    Case No. 1:24-cv-04771-RMI

                                    Plaintiff,   **[PROPOSED] ORDER GRANTING**
13                                               **DEFENDANT'S THIRD MOTION TO**
                                                 **EXTEND THE DEADLINE TO FILE**
14              **v.**                           **MOTION FOR SUMMARY JUDGMENT**
                                                 **OR OTHER DISPOSITIVE MOTION**
15   **R. RODRIGUEZ, et al.,**

16                                  Defendants.

17

18          Defendants Valdez (Defendant) filed a request to extend the deadline by which to file and

19   serve his motion for summary judgment or other dispositive motion by 90 days.

20          The Court has read and considered the request and counsel's accompanying declaration and

21   finds that good cause exists to grant the request.

22   //

23   //

24   //

25   //

26   //

27   //

28   //

                                                    1

**IT IS HEREBY ORDERED** that Defendant's request for an extension of time is **GRANTED**, and that Defendant's time to file and serve his motion for summary judgment or other dispositive is extended to August, 2025.  Plaintiff's opposition shall be filed within thirty days after Defendant's summary-judgment motion is filed. Defendant's reply shall be filed within fifteen days after the opposition is filed.


Dated: _____        _____
                                             The Honorable Robert M. Illman

2