1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  WILLIAM C. KWONG, State Bar No. 168010
   Supervising Deputy Attorney General
3  NASSTARAN RUHPARWAR, State Bar No. 263293
   M. MAKIKO O'BRYAN, State Bar No. 356803
4  Deputy Attorneys General
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-4435
6    Fax:  (415) 703-5843
     E-mail:  Nasstaran.Ruhparwar@doj.ca.gov
7  *Attorneys for Defendant*
   *M. Valdez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **KEFVON JEROME CAMP,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**R. RODRIGUEZ, et al.,**<br><br>　　　　　　　　　　　Defendants. | 1:24-cv-04771-RMI<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:　　　The Honorable Robert M. Illman<br>Trial Date:　Not set<br>Action Filed:　August 6, 2024 |

**TO PLAINTIFF KEFVON JEROME CAMP:**

**PLEASE TAKE NOTICE THAT** Defendant Valdez moves for summary judgment under Federal Rule of Civil Procedure 56 on the grounds that the undisputed material facts show that Plaintiff's claim does not satisfy the requirements for a section 1983 claim.

This motion is based on this Notice; the Memorandum of Points and Authorities; the *Rand* notice; the attached declarations of Defendant Valdez, H. Aguilera, C. Ramos, and Nasstaran Ruhparwar; this Court's file; proposed order; and any matters properly before this Court.

//

//

1

| | |
|---|---|
| Dated: July 30, 2025 | Respectfully submitted,<br><br>ROB BONTA<br>Attorney General of California<br>WILLIAM C. KWONG<br>Supervising Deputy Attorney General<br>M. MAKIKO O'BRYAN<br>Deputy Attorney General<br><br><br>*/s/ Nasstaran Ruhparwar*<br>NASSTARAN RUHPARWAR<br>Deputy Attorney General<br>*Attorneys for Defendant*<br>*M. Valdez* |

SF2024402768
44734806

2

Def.'s Not. of Mot. and Mot. Summ. J.  (1:24-cv-04771-RMI)

# CERTIFICATE OF SERVICE

Case Name:   **Kefvon J. Camp (BC7449) v. R. Rodriguez, et al.**   Case No.   **1:24-cv-04771-RMI**

I hereby certify that on July 30, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
3. **DEFENDANT'S *RAND* NOTICE**
4. **DECLARATION OF M. VALDEZ IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
5. **DECLARATION OF H. AGUILERA IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
6. **DECLARATION OF C. RAMOS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
7. **DECLARATION OF NASSTARAN RUHPARWAR IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
8. **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On July 30, 2025, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

//

**Kefvon Jerome Camp**
**BC7449**
**California State Prison - Corcoran**
**P.O. Box 3476**
**Corcoran, CA  93212**
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 30, 2025</u>, at San Francisco, California.

|  |  |
| :---: | :---: |
| M. Mendiola | *M. Mendiola* |
| Declarant | Signature |

SF2024402768
44735656.docx