```
ROB BONTA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
NASSTARAN RUHPARWAR, State Bar No. 263293
M. MAKIKO O'BRYAN, State Bar No. 356803
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 510-4435
  Fax: (415) 703-5843
  E-mail: Nasstaran.Ruhparwar@doj.ca.gov
Attorneys for Defendant
M. Valdez
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **KEFVON JEROME CAMP,**<br><br>                              Plaintiff,<br><br>v.<br><br>**R. RODRIGUEZ, et al.,**<br><br>                              Defendants. | 1:24-cv-04771-RMI<br><br>**DECLARATION OF H. AGUILERA IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:      The Honorable Robert M. Illman<br>Trial Date: Not set<br>Action Filed: August 6, 2024 |

I, H. Aguilera, declare:

1. I am employed by the California Department of Corrections and Rehabilitation and work as a Classification & Parole Representative at Salinas Valley State Prison (Salinas Valley). I have held this position for approximately since July of 2020.

2. I am competent to testify to the matters set forth in this declaration and, if called upon by this Court, would do so. I submit this declaration in support of Defendant's motion for summary judgment.

3. I am familiar with the record keeping system at Salinas Valley and have access to Plaintiff Kefvon Jerome Camp's prison records.

1

4. On January 27, 2024, Plaintiff received a Rules Violation Report, log no. 7399674 (RVR).

5. Plaintiff was found guilty and lost 61 credits.

6. The credit loss was not overturned.

7. The RVR remains in Plaintiff's prison records.

I declare under penalty of perjury that I have read this document, and its contents are true and correct to the best of my knowledge.

Executed on this 18th day of July, 2025, in Soledad, California.

_____
H. AGUILERA

2

Aguilera Decl. ISO Def.'s MSJ (1:24-cv-04771-RMI)