UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEFVON JEROME CAMP,<br><br>            Plaintiff,<br><br>      v.<br><br>M. VALDEZ,<br><br>            Defendant. | Case No. 24-cv-04771-RMI<br><br>**ORDER DIRECTING RESPONSE BY THE WARDEN OF CSP-CORCORAN**<br><br>Re: Dkt. No. 28 |

Defendant has filed a motion for summary judgment in this *pro se* civil rights case in which Plaintiff alleges that Defendant found him guilty at a disciplinary hearing in violation of his Due Process rights.

Plaintiff has filed a motion to ensure access to the courts and for return of his legal documents. Dkt. No. 28. He alleges that he submitted documents to the California State Prison-Corcoran (COR) librarian for e-filing on June 12, 2025 that were never filed and have gone missing. He also alleges that he has had limited law library access due to his SHU placement. Plaintiff seeks return of his documents or a sworn declaration detailing the circumstances of their loss, and scheduled escorted physical access to the law library.

Acting Warden of COR Edward J. Silva is ordered to respond to Plaintiff's motion within 28 days of the date of this order. The Clerk shall send a copy of this order and a copy of Plaintiff's motion (Docket Number 28) to Edward J. Silva at COR.

**IT IS SO ORDERED.**

Dated: August 19, 2025

ROBERT M. ILLMAN
United States Magistrate Judge