```
1  ROB BONTA
   Attorney General of California
2  WILLIAM C. KWONG
   Supervising Deputy Attorney General
3  NASSTARAN RUHPARWAR, State Bar No. 263293
   M. MAKIKO O'BRYAN, State Bar No. 356803
4  Deputy Attorneys General
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 510-4435
6   Fax:  (415) 703-5843
    E-mail:  Nasstaran.Ruhparwar@doj.ca.gov
7  Specially appearing for Acting Chief Deputy Warden
   A. Guillen[1]
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **KEFVON JEROME CAMP,** <br><br> Plaintiff, <br><br> v. <br><br> **R. RODRIGUEZ, et al.,** <br><br> Defendants. | 1:24-cv-04771-RMI <br><br> **ACTING CHIEF DEPUTY WARDEN A. GUILLEN'S NOTICE OF MOTION AND FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION IN ECF NO. 28** <br><br> Judge:       The Honorable Robert M. Illman <br> Trial Date:  Not set <br> Action Filed: August 6, 2024 |

**TO THE COURT AND PLAINTIFF KEFVON JEROME CAMP, IN PRO SE:**

**PLEASE TAKE NOTICE** that Chief Deputy Warden A. Guillen respectfully requests a 14-day extension of time up to and including September 29, 2025, to file his response to Plaintiff's motion in ECF No. 28 based upon the facts and circumstances set forth in the accompanying declaration of Nasstaran Ruhparwar.

On August 14, 2025, Plaintiff filed a motion titled "Plaintiff's motion for orders to ensure access to courts and return of legal documents." (ECF No. 28.) On August 19, the Court ordered

---

[1] Although Acting Chief Deputy Warden Guillen is not a defendant, defense counsel chose to file the instant motion.

1

Warden Silva to respond to Plaintiff's motion by September 15. (ECF No. 29.)

Warden Silva is currently away from the institution. Therefore, Chief Deputy Warden Guillen will submit Warden Silva's response in his place.

As set forth in the accompanying declaration of Nasstaran Ruhparwar, this extension request is based on the additional time needed to investigate Plaintiff's allegations in ECF No. 28 and file Chief Deputy Warden Guillen's response thereto.

Dated: September 11, 2025   Respectfully submitted,

ROB BONTA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
M. MAKIKO O'BRYAN
Deputy Attorney General

*/s/ Nasstaran Ruhparwar*
NASSTARAN RUHPARWAR
Deputy Attorney General
*Specially appearing for Acting Chief Deputy Warden A. Guillen*

SF2024402768
44794155.docx

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | *Kefvon J. Camp (BC7449) v. R. Rodriguez, et al.* | No. | **1:24-cv-04771-RMI** |

I hereby certify that on September 11, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **ACTING CHIEF DEPUTY WARDEN A. GUILLEN'S NOTICE OF MOTION AND FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION IN ECF NO. 28**

- **DECLARATION OF NASSTARAN RUHPARWAR IN SUPPORT OF ACTING CHIEF DEPUTY WARDEN A. GUILLEN'S FIRST MOTION FOR EXTENSION OF TIME TO RESPONDTO PLAINTIFF'S MOTION IN ECF NO. 28**

- **[PROPOSED] ORDER GRANTING ACTING CHIEF DEPUTY WARDEN A. GUILLEN'S FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION IN ECF NO. 28**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On September 11, 2025, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Kefvon Jerome Camp, BC7449**
**California State Prison - Corcoran**
**P.O. Box 3476**
**Corcoran, CA  93212**

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 11, 2025, at San Francisco, California.

| H. Su | */s/ H. Su* |
|---|---|
| Declarant | Signature |

SF2024402768
44794341.docx