IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEFVON JEROME CAMP,**<br><br>Plaintiff,<br><br>v.<br><br>**R. RODRIGUEZ, et al.,**<br><br>Defendants. | Case No. 1:24-cv-04771-RMI<br><br>**[PROPOSED] ORDER GRANTING ACTING CHIEF DEPUTY WARDEN A. GUILLEN'S FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION IN ECF NO. 28** |

Chief Deputy Warden A. Guillen moved to extend the deadline by which to file a response to Plaintiff's motion in ECF No. 28 by 14 days.

The Court has read and considered the request and counsel's accompanying declaration and finds that good cause exists to grant the request.

//

//

//

//

//

//

//

1

1   **IT IS HEREBY ORDERED** that Chief Deputy Warden A. Guillen request for an
2   extension of time is **GRANTED**, and that his time to file and serve his response to Plaintiff's
3   motion in ECF No. 28 is extended to September 29, 2025.

Dated: _____     _____
                                            The Honorable Robert M. Illman

2

[Proposed] Order re. Acting CDW Guillen's 1st Mot. for EOT to Respond to Pl.'s Mot. in ECF No. 28
(1:24-cv-04771-RMI)