Kevin Camp #BC7449

CSP-CORCORAN

4A-1L-#43

P.O.BOX:3476

CORCORAN, CA 93212

* Confidential* *Legal Ma

**RECEIVED**

SEP 11 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court For The

Northern District

450 Golden Gate Ave, Box:36060

Sanfrancisco, CA 94102

J. GAYTAN   99380   9/7/25