ROB BONTA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
NASSTARAN RUHPARWAR, State Bar No. 263293
M. MAKIKO O'BRYAN, State Bar No. 356803
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-4435
 Fax: (415) 703-5843
 E-mail: Nasstaran.Ruhparwar@doj.ca.gov
*Specially appearing for Acting Chief Deputy Warden A. Guillen*[1]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KEFVON JEROME CAMP,<br><br>  Plaintiff,<br><br>v.<br><br>R. RODRIGUEZ, et al.,<br><br>  Defendants. | 1:24-cv-04771-RMI<br><br>**ACTING CHIEF DEPUTY WARDEN GUILLEN'S RESPONSE TO PLAINTIFF'S MOTION IN ECF NO. 28**<br><br>Judge: The Honorable Robert M. Illman<br>Trial Date: Not set<br>Action Filed: August 6, 2024 |

I, A. Guillen, declare as follows:

1. I submit this declaration as my response to Plaintiff's motion to ensure access to the courts and for return of his legal documents in ECF No. 28.

2. I am employed by the California Department of Corrections and Rehabilitation and am the Acting Chief Deputy Warden at California State Prison-Corcoran (COR). I have held this position since March 2025.

---

[1] Although Acting Chief Deputy Warden Guillen is not a defendant, defense counsel chose to respond by filing the instant declaration.

1

3. Warden Silva is currently unable to provide a declaration. I therefore submit this declaration in his place.

4. I am competent to testify to the matters set forth in this declaration and, if called upon by this Court, would do so.

5. I reviewed Plaintiff's motion in ECF No. 28 and the Court's order in ECF No. 29.

6. Plaintiff alleges that he submitted documents to COR's librarian for e-filing on June 12, 2025, but that that the documents were never filed. However, he failed to describe what the documents consisted of. He further alleged that the documents he submitted for e-filing have gone missing.

7. COR does not have any record of Plaintiff submitting documents for filing on June 12, 2025. If he did though, COR's staff would have had to reject Plaintiff's request because, pursuant to the policies and procedures, COR's staff is only required to e-file documents for incarcerated people if the documents consist of their initial fillings (such as the complaint) and not subsequent responses or court forms. Here, Plaintiff filed his complaint in June 2024. Therefore, whatever documents Plaintiff allegedly submitted to the librarian on June 12, 2025, were not part of his initial filing.

8. Moreover, on June 12, 2025, Plaintiff obtained copies of 23 pages of legal documents. Attached as **Exhibit A** is a true and correct copy of the corresponding Legal Material Request form, signed by Plaintiff.

9. Defendant Valdez's counsel, Deputy Attorneys General M. Makiko O'Bryan and Nasstaran Ruhparwar, informed me that Plaintiff did not miss a filing deadline in the instant case. They also informed me that, contrary to Plaintiff's allegations, Defendant's summary-judgment motion in ECF No. 24 is not based, in part or in whole, on Plaintiff's purported failure to submit timely evidence.

10. Moreover, Deputy Attorneys General O'Bryan and Ruhparwar informed me that they deposed Plaintiff on May 8, 2025. During the deposition, Plaintiff mentioned a few potentially relevant documents. Therefore, Ms. O'Bryan told Plaintiff they would serve discovery requests on Plaintiff to obtain copies of the foregoing records. Ms. O'Bryan and Ms. Ruhparwar told me

1  that they received Plaintiff's responses to Defendant Valdez's document requests on June 30,
2  2025.

3      11.  Plaintiff visited the library on June 12, 2025. He was scheduled to visit the library on
4  May 27, 2027, but the visit had to be rescheduled either due to staff shortage or ongoing searches.
5  In addition, he was scheduled to visit the library on August 20, 2025, but refused to go despite
6  having Priority Library User status. Attached as **Exhibit B** are true and correct copies of the
7  corresponding ducat request forms.

8      12.  I am committed to ensuring that Plaintiff (as well all other COR inmates) gets all the
9  access that he is supposed to under the relevant policies and procedures.

10      I declare under penalty of perjury that I have read this document, and its contents are true
11  and correct to the best of my knowledge.

12      Executed on this 24th day of September 2025, in Corcoran, California.

_____
A. GUILLEN

# EXHIBIT A

# LEGAL MATERIAL REQUEST
## 4A LAW LIBRARY

NAME: Kefvon Camp     CDC #: BC7449     HOUSING: 4A- 1L 43

*Copies of double-sided documents are charged as two pages.*
Envelopes are provided for LEGAL MAIL ONLY. *They must be addressed & mailed out from the library.*

| AMOUNT REQUESTED: | MAX. | DECRIPTION OF ITEMS: | PRICE: | SUBTOTAL: |
|---|---|---|---|---|
| 1 | 50 | LEGAL COPIES: # of original pages: 23 # of Copies: 1 Also complete copy request form. If original exceeds 50 pages, complete excess copy justification form. | $0.10 per pg. 23×1=23 | $2.30 |
| 2 | 5 | COURT FORMS: 1. Northern District 1983 Tuclual IFP pgs. 5 2. Government Claim form pgs. ← 3. FL-100 Petition Marriage pgs. 3 4. _____ pgs. 5 5. _____ pgs. ___ | $0.10 per pg. 5×1=5 5×1=5 | $.50 $.50 |
|  | 2 | GA-22 | $0.00 |  |
| 10 | 10 | 28-line pleading paper no lines  "or" | $.10 per pg. | $1.00 |
| 10 | 10 | 28-line pleading paper with lines  "or" | $.10 per pg. | $1.00 |
| 2 | 2 | U SAVE 'EM envelope | $0.00 |  |
|  |  | #10 BUSINESS ENVELOPE | $0.10 |  |
|  | 2 | 6" X 9" MANILA ENVELOPE | $0.20 |  |
|  | 2 | 10" X 13" MANILA ENVELOPE | $0.25 |  |
|  | 2 | 12" X 15" MANILA ENVELOPE | $0.35 |  |
|  |  | ENVELOPES MUST BE MAILED OUT TO COURTS FROM THE LIBRARY UPON PURCHASE | TOTAL: | $5.00 |

INMATE SIGNATURE: 7L. Cp     DATE: 6/12/25

STAFF SIGNATURE: D ar     DATE: 6/12/25

# EXHIBIT B

# CALIFORNIA STATE PRISON - CORCORAN
# DUCAT REQUEST

NOTE: DUCAT REQUESTS MUST BE RECEIVED BY *1000 HOURS* OF THE LAST WORKING DAY PRIOR TO THE DATE THE DUCAT IS TO BE ISSUED.

SUBMITTED BY C. CORMIER

DUCAT DATE: 5/27/2025  REASON: Library PLU Users

PLACE: FACILITY 4A LIBRARY  EXTENSION: ▓▓▓

| # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1L-43 | BC7449 | CAMP | RLS | 6/2/25 | GLU |
| 2 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 3 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 4 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 5 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 6 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 7 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |

# CALIFORNIA STATE PRISON – CORCORAN
## DUCAT REQUEST

> NOTE: DUCAT REQUESTS MUST BE RECEIVED BY **1000 HOURS** OF THE LAST WORKING DAY PRIOR TO THE DATE THE DUCAT IS TO BE ISSUED.

**SUBMITTED BY** C. CORMIER

**DUCAT DATE:** 6/12/2025  
**PLACE:** FACILITY 4A LIBRARY  
**REASON:** Library PLU Users  
**EXTENSION:** ███

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | ███████████████████████████████████████████████████████████████ |
| 2 | | 1L-43 | BC7449 | CAMP | 0810 | 0950 | GLU |
| 3 | ███████████████████████████████████████████████████████████████ |
| 4 | ███████████████████████████████████████████████████████████████ |
| 5 | ███████████████████████████████████████████████████████████████ |
| 6 | ████████ | | | | | | |
| 7 | | | | | | | |

# CALIFORNIA STATE PRISON – CORCORAN
## DUCAT REQUEST

| NOTE: DUCAT REQUESTS MUST BE RECEIVED BY *1000 HOURS* OF THE LAST WORKING DAY PRIOR TO THE DATE THE DUCAT IS TO BE ISSUED. |
|---|

SUBMITTED BY  V.DAN

DUCAT DATE: 8/20/2025          REASON: Library PLU Users

PLACE: FACILITY 4A LIBRARY     EXTENSION: ▮▮▮

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| 1 | 1L-43 | BC7449 | CAMP | *Refused* | PLU |
| 2 | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ |
| 3 |   |   |   |   |   |
| 4 |   |   |   |   |   |
| 5 |   |   |   |   |   |

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | *Kefvon J. Camp (BC7449) v. R. Rodriguez, et al.* | No. | **1:24-cv-04771-RMI** |

I hereby certify that on <u>September 24, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ACTING CHIEF DEPUTY WARDEN GUILLEN'S RESPONSE TO PLAINTIFF'S MOTION IN ECF NO. 28 (with Exhibits A-B)**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>September 24, 2025</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Kefvon Jerome Camp, BC7449**
**California State Prison - Corcoran**
**P.O. Box 3476**
**Corcoran, CA  93212**
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 24, 2025</u>, at San Francisco, California.

| | |
|---|---|
| H. Su | */s/ H. Su* |
| Declarant | Signature |

SF2024402768
44810010.docx