1  ROB BONTA
   Attorney General of California
2  WILLIAM C. KWONG
   Supervising Deputy Attorney General
3  NASSTARAN RUHPARWAR, State Bar No. 263293
   M. MAKIKO O'BRYAN, State Bar No. 356803
4  Deputy Attorneys General
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 510-4435
6   Fax:  (415) 703-5843
    E-mail:  Nasstaran.Ruhparwar@doj.ca.gov
7  Attorneys for Defendant M. Valdez

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          EUREKA DIVISION

| KEFVON JEROME CAMP,<br><br>                           Plaintiff,<br><br>v.<br><br>R. RODRIGUEZ, et al.,<br><br>                           Defendants. | 1:24-cv-04771-RMI<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFF'S FILING IN ECF NO. 37**<br><br>Judge:       The Honorable Robert M. Illman<br>Trial Date:  Not set<br>Action Filed: August 6, 2024 |
|---|---|

**TO THE COURT AND PLAINTIFF KEFVON JEROME CAMP:**

**PLEASE TAKE NOTICE** that Defendant Valdez moves to strike Plaintiff's objection to Defendant's motion to dismiss and for summary judgment filed in ECF No. 37.

The motion to strike will be based on this notice and motion to strike, the memorandum of points and authorities, and the pleadings and papers on file in this action.  As more fully set forth in the accompanying Memorandum of Points and Authorities, this motion is made on grounds that Plaintiff's filing constitutes an improper sur-reply.  Moreover, because Plaintiff's filing is an improper sur-reply, Defendant will not respond to the merits content of Plaintiff's filing unless the Court orders otherwise.

| | | |
|---|---|---|
| 1 | Dated:  September 26, 2025 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | WILLIAM C. KWONG<br>Supervising Deputy Attorney General |
| 4 | | M. MAKIKO O'BRYAN<br>Deputy Attorney General |

*/s/ Nasstaran Ruhparwar*
NASSTARAN RUHPARWAR
Deputy Attorney General
*Attorneys for Defendant M. Valdez*

SF2024402768
44812162.docx

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | *Kefvon J. Camp (BC7449) v. R. Rodriguez, et al.* | No. | **1:24-cv-04771-RMI** |

I hereby certify that on <u>September 26, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANT'S NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFF'S FILING IN ECF NO. 37**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S FILING IN ECF NO. 37**

- **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S FILING IN ECF NO. 37**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>September 26, 2025</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Kefvon Jerome Camp, BC7449**
**California State Prison - Corcoran**
**P.O. Box 3476**
**Corcoran, CA  93212**

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 26, 2025</u>, at San Francisco, California.

| H. Su | */s/ H. Su* |
|---|---|
| Declarant | Signature |

SF2024402768
44812489.docx