Rob Bonta
Attorney General of California
William C. Kwong
Supervising Deputy Attorney General
Nasstaran Ruhparwar, State Bar No. 263293
M. Makiko O'Bryan, State Bar No. 356803
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4435
  Fax:  (415) 703-5843
  E-mail:  Nasstaran.Ruhparwar@doj.ca.gov
*Attorneys for Defendant M. Valdez*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| **KEFVON JEROME CAMP,**<br><br>Plaintiff,<br><br>v.<br><br>**R. RODRIGUEZ, et al.,**<br><br>Defendants. | 1:24-cv-04771-RMI<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S FILING IN ECF NO. 37**<br><br>Judge:    The Honorable Robert M. Illman<br>Trial Date:  Not set<br>Action Filed: August 6, 2024 |

## INTRODUCTION

This is a section 1983 lawsuit. Plaintiff is a pro per inmate who is currently incarcerated at the California State Prison-Corcoran.

Defendant moved for summary judgment. (ECF No. 24.) The parties' briefing on Defendants' summary judgment-motion has been completed since Defendant filed his reply on September 8[1]. (ECF No. 33.) On September 18, Plaintiff filed a pleading captioned "Plaintiff's objection to Defendant's motion to dismiss and for summary judgment." (ECF No. 37.) However, as mentioned, Defendant's summary-judgment motion was fully briefed on September 8. Plaintiff did not seek or obtain leave to file anything in response to Defendant's reply. ECF

---

[1] All dates pertain to the year 2025.

1

No. 37 fails to provide any arguments as to why he should be allowed to respond to Defendant's reply and, moreover, the requirements under Local Rule 7-3(d) to file a sur-reply are not met.

Accordingly, the filing in ECF No. 37 constitutes an improper second sur-reply and ECF No. 37 should be stricken.

## RELEVANT PROCEDURAL BACKGROUND

On July 30, Defendant moved for summary judgment. (ECF No. 24.) On August 14, Plaintiff opposed Defendant's motion. (ECF No. 27.) On September 8, 2025, Defendant timely filed his reply in support of his motion. (ECF No. 33.) On September 18, 2025, Plaintiff filed a pleading captioned "Plaintiff's objection to Defendant's motion to dismiss and for summary judgment." (ECF No. 37.)

## ARGUMENT

Local Rule 7-3(d) provides that, once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval unless it contains an objection to reply evidence or a relevant judicial opinion that was published after the opposition was filed.

Here, Plaintiff did not seek or obtain leave to file ECF no. 37. Moreover, Plaintiff's filing does not alert the Court to a recent judicial opinion. It also does not contain an objection to evidence contained in Defendant's reply. Nor could it. Defendant's reply did not contain any new evidence. Accordingly, Plaintiff's filing in ECF no. 37 contains an improper sur-reply and should be stricken.

## CONCLUSION

Based on the foregoing, Defendant respectfully asks the Court to strike Plaintiff's filing in ECF No. 37. Moreover, because Plaintiff's filing is an improper sur-reply, Defendant will not respond to the merits content of Plaintiff's filing unless the Court orders him otherwise.

//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: September 26, 2025 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | WILLIAM C. KWONG<br>Supervising Deputy Attorney General |
| 4 | | M. MAKIKO O'BRYAN<br>Deputy Attorney General |

*/s/ Nasstaran Ruhparwar*
NASSTARAN RUHPARWAR
Deputy Attorney General
*Attorneys for Defendant M. Valdez*

SF2024402768
44812174.docx