1
2
3
4
5
6
7

8         IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

**KEFVON JEROME CAMP,**            Case No. 1:24-cv-04771-RMI

                     Plaintiff,    **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S FILING IN ECF NO. 37**

       v.

**R. RODRIGUEZ, et al.,**

                     Defendants.

18    Defendant moved to strike Plaintiff's objection to Defendant's motion to dismiss and for
19 summary judgment filed in ECF No. 37.
20    The Court has read and considered the motion and the parties' submissions and finds that
21 good cause exists to grant the motion.
22    **IT IS HEREBY ORDERED** that Plaintiff's filing in ECF No. 37 is stricken.

Dated: _____          _____
                                         The Honorable Robert M. Illman

1