United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KEFVON JEROME CAMP,<br>    Plaintiff,<br>    v.<br>M. VALDEZ,<br>    Defendant. | Case No. 24-cv-04771-RMI<br><br>**JUDGMENT** |

On January 6, 2026, the court entered an order granting Defendant's Motion for Summary Judgment. Pursuant to Federal Rule of Civil Procedure 58, the court hereby **ENTERS** judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 6, 2026

ROBERT M. ILLMAN
United States Magistrate Judge