THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
EUREKA DIVISION

**FILED**

JAN 30 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1
2
3
4
5
6

7   KEFUDN JEROME CAMP          Case NO. 24-CV-04771-RMI

8                    Plaintiff   MOTION TO PROCEED IN FORMA
9                               PAUPERIS (CDCR CUSTODY)
10          ✓
11
12  R. RODRIGUEZ. et al.,
13              Defendant    Action File: January 26-2026

14

15      Plaintiff's application for leave to proceed In Forma
16  Pauperis (IFP) under 28 U.S.C. § 1915. Was granted, for on the
17  above Case NO 24-CV-04771-RMI-Plaintiff request that the
18  Court allows Plaintiff to continue (IFP) status for
19  the remainder of these Court's proceeding's?(IFP) Dated
20  November 20.2025.

21
22
23
24

25  Dated: January 6-2026
26  Singed: 7h. Camp
27
28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### EUREKA DIVISION

KEFVON JEROME CAMP

                 Plaintiff

V.

R. RODRIGUEZ. et al.,

                 Defendants

1:24-CV-04771-RMI

Action File: January 26. 2026

### Pro Se Filings by Inmate

Any documents under these rules which is filed pro se by an inmate who is confined in a penal institution and who is a party in either a civil or criminal case is timely filed if that document is deposited in the institutions mailing system on or before the last day allowed for filing by these rules or by the court order. If an institution has a system designed for legal mail, the inmate must use that system to recieve benifits of the rule. Timely filing shall be shown by a written certification appended to the document that the document was so filed or the appearance on the inmate mailing of a stamp indicating the date of its receipt by the institution's mailing system.

Dated: January 26. 2026

Singed: K. Camp